**Deny and Opinion Filed June 1, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00494-CV**

**IN RE TEXAS SLOTS & GAMING INC., TSG ALPHA INVESTMENTS LLC, AND JOHN WILSON PATERSON, Relators**

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06804-2021**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Before the Court are relators Texas Slots & Gaming, Inc., TSG Alpha Investments, LLC, and John Wilson Paterson's petition for writ of mandamus and emergency motion for temporary relief. In the petition, relators challenge the trial court's order denying their 91a motion to dismiss various breach of contract and fraud causes of action asserted against them by real party in interest Stellar Restoration Services, LLC.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re*

*Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). After reviewing relators' petition and the record, we conclude relators have failed to show the trial court abused its discretion. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

220494f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE